[No. 5709–1. Division One. August 7, 1978.]

C. W. CREELMAN, *Appellant,* v. KELLEHER, MURPHY &
NELSON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 800639, Eugene G. Cushing, J., entered May
31, 1977. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by Callow and Andersen, JJ.

[No. 4750–1. Division One. August 7, 1978.]

LEE R. McNAIR, *Plaintiff,* v. TITLE MORTGAGE &
ESCROW, INC., *Appellant,* RICHARD B. WALL,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 782954, John A. Roberts, J. Pro Tem., entered
April 30, 1976. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Farris, C.J., and Dore, J.

[No. 5516–1. Division One. August 7, 1978.]

DELMER FOREMAN, *Appellant,* v. KING COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 810833, Horton Smith, J., entered April 5,
1977. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by James and Andersen, JJ.